# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GIESY,<br>      Plaintiff,<br><br>      v.<br><br>DARLENE MEAD, et al.,<br>      Defendants. | CV 15-6821 DSF (AFMx)<br><br>JUDGMENT |

    The Court having dismissed Defendant Darlene Mead, having issued an order to show cause re lack of prosecution as to Defendant Credit Systems International, Inc., and Plaintiff having not responded to the order to show cause,

    IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing, that the action be dismissed with prejudice as to Darlene Mead and without prejudice as to Credit Systems International, Inc., and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

    IT IS SO ORDERED.

Date: April 1, 2019

                                                      Dale S. Fischer<br>                                                      United States District Judge